**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| NISSAN NORTH AMERICA, INC., | |
| Plaintiff, | Case No. 26-cv-04270 |
| v. | **Judge Matthew F. Kennelly** |
| 8596UIQXWDF, et al., | **Magistrate Judge M. David Weisman** |
| Defendants. | |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Nissan North

America, Inc. ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Free-motor | 13 |
| QCPJ | 59 |
| yiyayiya555 | 66 |
| ZYCHUANGYING | 81 |

Dated this 18th day of June 2026.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Hannah A. Abes
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
habes@gbc.law

*Counsel for Plaintiff Nissan North America, Inc.*